# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHARLIE SPEARS (#79473)

           CIVIL ACTION

VERSUS

           15-11-SDD-RLB

SHELTON SCALES, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 21, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] shall be granted, and Plaintiff's action shall be dismissed with prejudice for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana the 4 day of May, 2016.

           _____
           SHELLY D. DICK, DISTRICT JUDGE
           MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 19.
[3] Rec. Doc. 20.
[4] Rec. Doc. 13.